**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SUKHINDER SINGH, a.k.a. Sukhjinder Singh-Toor,<br><br>        Petitioner,<br><br>  v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>        Respondent. | No. 06-71016<br><br>Agency No. A073-413-757<br><br><br>MEMORANDUM<sup>*</sup> |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 25, 2010[**]

Before:    CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Sukhinder Singh, a native and citizen of India, petitions for review of an

order of the Board of Immigration Appeals ("BIA") denying his motion to reopen

deportation proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

for abuse of discretion the denial of a motion to reopen, *Ordonez v. INS*, 345 F.3d 777, 782 (9th Cir. 2003), and de novo claims of constitutional violations in immigration proceedings, *Ram v. INS*, 243 F.3d 510, 516 (9th Cir. 2001). We deny the petition for review.

Contrary to Singh's contention, the BIA applied the appropriate standard of review and thus did not abuse its discretion in denying the motion to reopen. *See Singh v. INS*, 295 F.3d 1037, 1039 (9th Cir. 2002) (BIA's denial of a motion to reopen shall be reversed if it is "arbitrary, irrational, or contrary to law").

Singh's due process claim regarding simultaneous translation fails because the proceedings were not "so fundamentally unfair that [he] was prevented from reasonably presenting his case." *Colmenar v. INS*, 210 F.3d 967, 971 (9th Cir. 2000) (citation omitted). Moreover, Singh failed to demonstrate that simultaneous translation of the entire hearing may have affected the outcome of the proceedings. *See id*. (requiring prejudice to prevail on a due process challenge).

**PETITION FOR REVIEW DENIED.**